NETTIE LEPOW, Appellant, v. ALFRED NEUBERG and Another, Respondents.—

Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.